**THE ENDRES LAW FIRM**
**DAVID R. ENDRES, A.P.C. (SBN 123564)**
**ERIC G. FERNANDEZ, ESQ. (SBN 269684)**
**LAURIE HOWELL, ESQ. (SBN 098785)**
**2121 2ND STREET, SUITE C105**
**DAVIS, CA 95618**
**TELEPHONE: 530-750-3700**
**FACSIMILE: 530-750-3366**

Attorneys for Defendants
BANK OF AMERICA, NATIONAL ASSOCIATION, LITTON LOAN SERVICING LP

JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ADNAN HARMOUSH,<br><br>    Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION; LITTON LOAN SERVICING LP; AVELO MORTGAGE L.L.C.; FIRST HORIZON MORTGAGE; PEOPLE'S CHOICE MORTGAGE, and DOES 1-50,<br><br>    Defendants. | Case No.: 10-CV-06038-R-PLA<br><br>**ORDER DISMISSING PLAINTIFF'S COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE RULE 12(b)(6); [PROPOSED] ORDER EXPUNGING THE *LIS PENDENS* FROM THE PUBLIC RECORDS.** |

    The motion by Defendants BANK OF AMERICA, NATIONAL ASSOCIATION, ("BOA") and LITTON LOAN SERVICING LP ("LLS") for Motion to Dismiss, Motion to Strike and Motion to Expunge *Lis Pendens* came on for hearing in Courtroom 8 of the above-mentioned Court on October 18, 2010. No appearance was made on behalf of Plaintiff, Adnan Harmoush ("Plaintiff"). Mikel Alpert appeared specially on behalf of The Endres Law Firm for Defendants.

    After full consideration of the evidence, and the written and oral submissions by all parties, the Court finds that for the reasons stated in Defendants' Moving Papers, Supporting Documents, and Reply brief, Defendants' Motion to Dismiss is granted with prejudice. Because Defendants' Motion to Dismissed is granted with prejudice, Plaintiff has no viable real property claim against

**1**

**[PROPOSED] ORDER DISMISSING PLAINTIFF'S COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE RULE 12(b)(6); [PROPOSED] ORDER EXPUNGING THE *LIS PENDENS* FROM THE PUBLIC RECORDS.**

the subject property commonly known as 851 Chapparal Road, San Dimas, California 91773. Therefore, Defendants' Motion to Expunge the *Lis Pendens* is also granted. The *Lis Pendens* filed by Plaintiff on February 18, 2010 in the County of Los Angeles against the Subject Property described as LOT 8 OF TRACT 32653, IN THE CITY OF SAN DIMAS, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 932, PAGES 22 TO 23 INCLUSIVE OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY, Assessor's Parcel Number 8392-019-054, is hereby expunged from the Public Records. Finally, because the Motion to Dismiss is hereby granted with prejudice, Defendants' Motion to Strike portions of Plaintiffs' Complaint is moot. As such, Defendants' Motion to Strike is denied.

**THEREFORE IT IS ORDERED** that the Motion to Dismiss Plaintiff's Complaint is granted with prejudice. Defendants' Motion to Expunge *Lis Pendens* is granted. Defendants' Motion to Strike is Denied as moot.

Dated: __Nov. 3, 2010_        _____
                                Honorable Manuel Real
                                United States Magistrate Judge

**2**

**[PROPOSED] ORDER DISMISSING PLAINTIFF'S COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE RULE 12(b)(6); [PROPOSED] ORDER EXPUNGING THE *LIS PENDENS* FROM THE PUBLIC RECORDS.**